No. 525. Cox *v.* COLORADO ET AL.; and
No. 526. SAME *v.* SAME.

Jurisdictional statement submitted April 14, 1930. Decided April 21, 1930. *Per Curiam:* Appeals dismissed for

the want of jurisdiction, upon the authority of § 238 of the Judicial Code, as amended by the Act of February 13, 1925 (c. 229, 43 Stat. 938.) *Messrs. James H. Brown* and *M. W. Spaulding* for appellant. *Messrs. Colin A. Smith* and *J. G. Scott* for appellees.